District Judge John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALEK R. SEGID,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO N. MAYORKAS, *et al.*,<br><br>　　　　Defendants. | No. 2:23-cv-605-JHC<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration on:<br>April 24, 2023 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants jointly stipulate to dismiss this case. Plaintiff brings this case pursuant to the Administrative Procedure Act and Mandamus Act seeking an order compelling the Government to adjudicate Plaintiff's Form I-485, Application to Register Permanent Residence or Adjust Status. USCIS has approved Plaintiff's application. Accordingly, the above-captioned action having been resolved, the parties stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

//

//

//

STIPULATED MOTION TO DISMISS
(23-cv-605-JHC)
- 1 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated: April 24, 2023

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 206-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

*s/Sadaf F. Ahmed*
SADAF F. AHMED, IN#0013
Jeelani Law Firm, PLC
9511 Angola Court
Indianapolis, Indiana 46268
Phone: 312-767-9030
Email: sadaf@jeelani-law.com

STIPULATED MOTION TO DISMISS
- 2
(23-cv-605-JHC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The parties having stipulated and agreed, the case is dismissed without prejudice with all parties to bear their own costs and attorneys' fees. It is so **ORDERED**.

DATED this 24th day of April, 2023.

_____
JOHN H. CHUN
United States District Judge

STIPULATED MOTION TO DISMISS
(23-cv-605-JHC)
- 3 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970